AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ginsburg, Douglas H. | 2. Court or Organization<br><br>D.C. Circuit | 3. Date of Report<br><br>08/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Lecturer of Law | University of Chicago Law School |
| 2.   Visiting Professor of Law | George Mason University School of Law |
| 3.   Visiting Scholar (Spring) | New York Law School |
| 4.   Lecturer-in-Law (Fall) | Columbia University School of Law |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | George Mason University, Teaching | $9,550.00 |
| 2. 2009 | University of Chicago, Teaching | $17,000 |
| 3. 2009 | New York Law School (See VIII for additional information) | $7,500.00 |
| 4. 2009 | AEI (See VIII for additional information) | $2,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 01/09-13/09 | Lana'i, HI | Meeting | Travel related expenses |
| 2. | Federalist Society University of Hawaii Chapter | 01/16-18/09 | Honolulu, HI | Speech | Travel related expenses |
| 3. | Federalist Society University of California - Hastings Student Chapter | 01/18-21/09 | San Francisco, CA | Speech | Travel related expenses |
| 4. | George Mason University | Jan-Dec/09 | Arlington, VA | Teaching | Books, miscellaneous academic expenses |
| 5. | Pacific Academy Advanced Studies | 02/12-15/09 | Alamos, Sonora, MX | Speech | Travel related expenses |
| 6. | University of Chicago | Feb-Nov/09 | Chicago, IL | Teaching | Travel related expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | New York Law School | Mar/09 | New York, NY | Teaching | Travel related expenses |
| 8. | University of Chicago | Feb-July/09 | Chicago, IL | Teaching | Books, miscellaneous academic expenses |
| 9. | New York Intellectual Property Law Association | 03/27-28/09 | New York, NY | Meeting | Travel related expenses |
| 10. | Fordham University, University of Chicago | 05/22-30/09 | Jerusalem, Israel | Speech | Travel related expenses |
| 11. | University College London | 05/30-06/06/09 | London, England | Lecture | Travel related expenses |
| 12. | American Bar Association | 06/23-26/09 | New York, NY | Speech | Travel related expenses |
| 13. | American Bar Asociation | 07/31-08/04/09 | Chicago, IL | Meeting | Travel related expenses |
| 14. | American Bar Association | 08/04-07/09 | Half Moon Bay, CA | Meeting | Travel related expenses |
| 15. | National University of Singapore, George Mason University | 08/23-09/07/09 | Singapore, Singapore | Speech | Travel related expenses |
| 16. | Columbia University Law School | Sept-Dec/09 | New York, NY | Teaching | Travel related expenses |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF retirement account | | None | P1 | T | | | | | |
| 2. ALLP com | | None | J | T | SELL part. | 12/26/09 | J | A | |
| 3. SEP IRA acct (owns additional ALLP com) | | None | J | T | | | | | |
| 4. Creditriskmonitor.com (CRMZ.com) | | None | | | SELL | 12/26/09 | J | A | |
| 5. Graham Field Health Prods.com (GFIHQ com) | | None | | | SELL | 12/26/09 | J | A | |
| 6. TBMH com | | None | | | SELL | 12/26/09 | J | A | |
| 7. WDMG com | | None | J | T | BUY | 1/9/09 | J | | |
| 8. WDMG.com | | None | K | T | BUY | 05/22/09 | J | | |
| 9. WBRXX | A | Dividend | L | T | | | | | |
| 10. CVX | C | Dividend | L | T | | | | | |
| 11. DKS | | None | L | T | Sold (part) | 02/27/09 | J | | |
| 12. DKS | | None | L | T | Sold (part) | 10/21/09 | J | D | |
| 13. ECL | A | Dividend | K | T | | | | | |
| 14. EPD | B | Dividend | K | T | | | | | |
| 15. FAST | B | Dividend | M | T | Sold (part) | 02/27/09 | K | | |
| 16. IDXX | | None | K | T | | | | | |
| 17. IRM | | None | | | Sold (part) | 10/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRM | | None | | | Sold | 10/23/09 | J | | |
| 19. NTRS | A | Dividend | J | T | Sold (part) | 2/27/09 | J | | |
| 20. PAYX | B | Dividend | K | T | Sold (part) | 6/25/09 | K | B | |
| 21. PEP | B | Dividend | L | T | Buy (add'l) | 12/18/09 | K | | |
| 22. SLH | | None | | | Sold | 2/10/09 | K | C | |
| 23. SRCL | | None | L | T | Sold (part) | 2/27/09 | K | E | |
| 24. SRCL | | None | L | T | Sold (part) | 10/23/09 | K | D | |
| 25. BHP | A | Dividend | K | T | | | | | |
| 26. NVS | A | Dividend | J | T | | | | | |
| 27. RBA | A | Dividend | L | T | | | | | |
| 28. TSCO | | None | K | T | Sold (part) | 2/27/09 | J | | |
| 29. MHS | | None | L | T | | | | | |
| 30. GILD | | None | K | T | | | | | |
| 31. DLB | | None | | | Sold | 2/27/09 | K | D | |
| 32. CHTT | | None | | | Sold | 10/21/09 | K | | |
| 33. TMGX, renamed TURXX | A | Dividend | N | T | | | | | |
| 34. C | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. XOM | D | Dividend | N | T | | | | | |
| 36. GE | A | Dividend | K | T | Sold (part) | 8/19/09 | J | | |
| 37. GE | A | Dividend | K | T | Sold (part) | 10/26/09 | K | E | |
| 38. MHS | | None | L | T | | | | | |
| 39. MRK | B | Dividend | L | T | | | | | |
| 40. QSGI, renamed QSGIQ | | None | J | T | | | | | |
| 41. WYE | A | Dividend | | | Sold | 5/18/09 | L | E | |
| 42. RDS A | D | Dividend | M | T | | | | | |
| 43. PHK | B | Dividend | L | T | Buy (add'l) | 3/04/09 | K | | |
| 44. PHK | B | Dividend | L | T | Sold (part) | 5/19/09 | J | | |
| 45. PHK | B | Dividend | L | T | Sold (part) | 5/29/09 | K | | |
| 46. AA | A | Dividend | J | T | | | | | |
| 47. ALLP | | None | J | T | | | | | |
| 48. MO | B | Dividend | K | T | | | | | |
| 49. AIG | | None | J | T | | | | | |
| 50. AMGN | | None | J | T | | | | | |
| 51. BAC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CYBS | | None | K | T | | | | | |
| 53. JNJ | A | Dividend | K | T | | | | | |
| 54. JPM | A | Dividend | J | T | | | | | |
| 55. NYX | A | Dividend | J | T | | | | | |
| 56. QCOM | A | Dividend | J | T | | | | | |
| 57. SHLD | | None | J | T | | | | | |
| 58. ZOLT | | None | J | T | | | | | |
| 59. NVS | A | Dividend | J | T | | | | | |
| 60. SKT | A | Dividend | K | T | | | | | |
| 61. PM | B | Dividend | K | T | | | | | |
| 62. BA | A | Dividend | J | T | | | | | |
| 63. CSCO | | None | J | T | | | | | |
| 64. CDE | | None | J | T | Buy (add'l) | 9/16/09 | J | | |
| 65. DVN | A | Dividend | K | T | | | | | |
| 66. INTC | A | Dividend | J | T | | | | | |
| 67. KMP | B | Dividend | K | T | | | | | |
| 68. MMP | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. MSFT | A | Dividend | K | T | | | | | |
| 70. EWJ | A | Dividend | K | T | | | | | |
| 71. CHK | A | Dividend | | | Sold | 8/19/09 | J | | |
| 72. SIAL | A | Dividend | K | T | | | | | |
| 73. T | A | Dividend | | | Sold | 11/17/09 | J | | |
| 74. BP | C | Dividend | L | T | | | | | |
| 75. CAT | A | Dividend | J | T | | | | | |
| 76. KO | A | Dividend | J | T | | | | | |
| 77. ESRX | | None | M | T | Buy (add'l) | 8/5/09 | J | | |
| 78. ESRX | | None | M | T | Buy (add'l) | 8/19/09 | J | | |
| 79. HON | A | Dividend | J | T | | | | | |
| 80. MON | A | Dividend | K | T | | | | | |
| 81. SIAL | A | Dividend | K | T | Buy (add'l) | 9/02/09 | K | | |
| 82. URS | | None | | | Sold | 5/15/09 | J | B | |
| 83. IBM | A | Dividend | K | T | | | | | |
| 84. OCFC | A | Dividend | | | Sold | 8/07/09 | J | | |
| 85. PULB | A | Dividend | J | T | Sold (part) | 9/28/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SLB | A | Dividend | L | T | | | | | |
| 87. XEL | A | Dividend | J | T | | | | | |
| 88. ATK | | None | | | Sold (part) | 3/06/09 | K | E | |
| 89. ATK | | None | | | Sold | 9/22/09 | K | E | |
| 90. APFC | | None | | | Sold | 9/22/09 | K | D | |
| 91. BCS | | None | | | Sold | 3/6/09 | J | | |
| 92. EFSC | | None | | | Sold | 8/07/09 | J | | |
| 93. KIM | A | Dividend | | | Sold | 3/6/09 | J | | |
| 94. LSI | | None | | | Sold | 9/22/09 | K | | |
| 95. MON | A | Dividend | | | Sold | 11/13/09 | K | A | |
| 96. NOBH | A | Dividend | | | Sold | 11/27/09 | K | D | |
| 97. ONNN | | None | | | Sold | 3/6/09 | J | | |
| 98. SNY | A | Dividend | K | T | | | | | |
| 99. STEC | | None | | | Sold | 3/6/09 | K | | |
| 100. TMCO | | None | L | T | Sold (part) | 9/30/09 | J | D | |
| 101. TMCO | | None | L | T | Sold (part) | 10/13/09 | J | D | |
| 102. TMCO | | None | L | T | Sold (part) | 11/13/09 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HYTM | | None | | | Sold | 3/6/09 | J | | |
| 104. WFC | A | Dividend | | | Sold | 3/6/09 | J | | |
| 105. CMO | C | Dividend | | | Sold | 10/02/09 | K | | |
| 106. HPQ | A | Dividend | K | T | | | | | |
| 107. Stephens Family Holdings, L.C. (X) | C | Int./Div. | K | W | | | | | |
| 108. Stephens Family Partnership, L.P. (X) | F | Dividend | O | W | | | | | |
| 109. VA St Res Auth Infrastructure Rev Pooled | A | Interest | K | T | | | | | |
| 110. Norfolk VA G/O RFDG CAP Impt | B | Interest | | | Matured | 11/25/09 | K | | |
| 111. Lynchburg VA GO BDS | A | Interest | K | T | | | | | |
| 112. ICFI | | None | K | T | Buy | 12/11/09 | K | | |
| 113. BIK | A | Dividend | K | T | Buy | 10/21/09 | K | | |
| 114. BIK | A | Dividend | K | T | Buy | 10/23/09 | J | | |
| 115. VRSK | | None | K | T | Buy | 10/21/09 | J | | |
| 116. VRSK | | None | K | T | Buy | 11/04/09 | J | | |
| 117. HABDX | C | Dividend | L | T | Buy | 2/27/09 | K | | |
| 118. RPIBX | A | Dividend | K | T | Buy | 10/14/09 | J | | |
| 119. US Treasury Note | A | Interest | L | T | Buy | 2/27/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Boeing Cap Corp NTS Bond | B | Interest | K | T | Buy | 3/02/09 | K | | |
| 121. Caterpillar Financial Svc Bond | A | Interest | K | T | Buy | 8/21/09 | K | | |
| 122. CME Group Bond | B | Interest | K | T | Buy | 3/02/09 | K | | |
| 123. Kellog Co Bond | B | Interest | K | T | Buy | 3/02/09 | K | | |
| 124. Verizon Comm. Bond | B | Interest | K | T | Buy | 3/02/09 | K | | |
| 125. VA State Pub School Bond | B | Interest | L | T | Buy | 3/02/09 | L | | |
| 126. GLD | | None | J | T | Buy | 2/18/09 | J | | |
| 127. VFC | A | Dividend | J | T | Buy | 11/5/09 | J | | |
| 128. JCI | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 129. TGT | A | Dividend | J | T | Buy | 11/18/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III-A. Non-Investment Income
Re: Payments Made to Charitable Organizations in Lieu of Honoraria in 2009


Please see attached sheets.

FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2009

For: Douglas H. Ginsburg
Date of Report: 08/12/2010

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

Part III-A. Non-Investment Income
Payments Made to Charitable Organizations in Lieu of Honoraria in 2009

| Donor | Date | Amount |
|-------|------|--------|
| NYLS | 2/26/09 | $3,500 |
| AEI | 3/17/09 | $2,000 |
| NYLS | 5/7/09 | $ 300 |
| NYLS | 5/12/09 | $2,700 |
| NYLS | 8/11/09 | $1,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | $9,500 |

FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2009

For: Douglas H. Ginsburg
Date of Report: 08/12/2010

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS
--CONFIDENTIAL--

Part III-A. Non-Investment Income
Recipients of Payments Made to Charitable Organizations in Lieu of Honoraria in 2009

| Recipient | Donor | Date | Amount |
|---|---|---|---|
| Chateauville Foundation<br>P.O. Box 30<br>Amissville, VA 20106 | NYLS | 2/26/09 | $2,500 |
| Foundation for Research in Economics and the Environment<br>662 Ferguson Road<br>Bozeman, MT 59718 | NYLS | 2/26/09 | $1,000 |
| George Mason Univ School of Law<br>Law & Economics Center<br>3301 Fairfax Drive<br>Arlington, VA 22201 | AEI | 3/17/09 | $1,000 |
| The Fund for the Law School, University of Chicago<br>111 East 60th Street<br>Chicago, IL 60637 | AEI | 3/17/09 | $1,000 |
| The Fund for the Law School, University of Chicago<br>1111 East 60th Street<br>Chicago, IL 60637 | NYLS | 5/12/09 | $1,000 |
| Alliance Francaise de Washington<br>2142 Wyoming Avenue, NW<br>Washington, DC 20008 | NYLS | 5/12/09 | $1,000 |

| Recipient | Donor | Date | Amount |
|---|---|---|---|
| Rappahannock County Conservation Alliance<br>Post Office Box 116<br>Sperryville, VA 22740 | NYLS | 5/7/09 | $300 |
| Neighborhood House<br>1 Kimball Road<br>Northeast Harbor, ME 04662 | NYLS | 5/12 /09 | $250 |
| Northeast Harbor Library<br>P.O. Box 279<br>Northeast Harbor, ME 04662 | NYLS | 5/12/09 | $250 |
| Ruggles House<br>146 Main Street<br>Columbia Falls, ME 04623 | NYLS | 5/12 /09 | $200 |
| The Federalist Society<br>1015 18th Street, NW<br>Suite 425<br>Washington, DC 20036 | NYLS | 8/11/09 | $500 |
| Foundation for Research in Economics and the Environment<br>662 Ferguson Road<br>Bozeman, MT 59718 | NYLS | 8/11/09 | $500 |
| TOTAL | | | $9,500 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 14 of 14 | Ginsburg, Douglas H. | 08/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544